IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 19 P 2: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. _2:06 CR 227-VMM_ |
| | )  (18 U.S.C. 641) |
| STEPHANIE R. HARRIS | ) |
| | ) |
| | )  **INFORMATION** |
| | ) |

The United States Attorney charges:

COUNT

On or about the 11TH day of April 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **STEPHANIE R. HARRIS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney


*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney


NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

**STATE OF ALABAMA**           )           **AFFIDAVIT**

                                           )

**COUNTY OF MONTGOMERY**    )

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. MCINTYRE, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. From 28/March/2006 to 10/April/2006 a mobile video surveillance (MVS) camera was installed in the visual merchandisers (VM) office. Studying the videos recorded by the MVS at the VM, I observed STEPHANIE R. HARRIS arriving late and leaving early every workday. She is scheduled to work from 0700 hours till 1530 hours. The tapes showed her coming in about 0830 hours and leaving about 1500 hours. This did not match her time sheets. On or about 11/April/2006, HARRIS was brought in and notified of the results of the investigation by MR. WILBER MORA, MVS specialist. Security forces were called and responded. TSgt JASON DINUNZIO, an Investigator, advised HARRIS of her rights IAW the 5th Amendment of the United States Constitution. HARRIS acknowledged her rights, declined legal counsel and chose to make a statement. HARRIS admitted to coming in late and leaving early. HARRIS had time frauded AAFES over the past four months a total of 118 hours. HARRIS also confessed stealing 5 CD's from AAFES. After consent was given to search her vehicle, TSgt DINUNZIO found the 5 stolen CD's in a CD case inside the vehicle. HARRIS identified each of the following CD's as stolen by her: (1) One 2 pack, Makaveli Killuminati CD; (1) One Twista, The day after CD; (1) One Jim Jones, On my way to church CD; (1) One 2 pack, Me against the world CD and (1) one Dem Franchize Boyz, On top of our game CD. The 5 CD's were valued at $12.95 each for a total of $64.75.

                                   _Edward L. McIntyre_

                                   EDWARD L. MCINTYRE

Subscribed and sworn to before me this _6th_ day of _September_, 2006.

                                   _Audrey J. Griffin_

                                   Notary Public
                                   State of Alabama

                                   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                   MY COMMISSION EXPIRES: July 19, 2009
                                   BONDED THRU NOTARY PUBLIC UNDERWRITERS