IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-227 |
| | ) | |
| STEPHANIE R. HARRIS | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit: <u>In the best interest of justice - - unable to serve summons.</u>

Respectfully submitted this the 26th day of January, 2007.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    **s/Neal B. Frazier**
    NEAL B. FRAZIER
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/2789
    Fax:  334-953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    **s/Neal B. Frazier**
    NEAL B. FRAZIER
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/2789
    Fax:  334-953-2787

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-CR-227 |
| | ) | |
| STEPHANIE R. HARRIS | ) | |

## **ORDER**

Upon consideration of the Motion for Leave to Dismiss Information as to STEPHANIE R. HARRIS heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this \_\_\_\_ day of  January, 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE